UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UFCW LOCAL 1500 WELFARE FUND, on behalf of itself and all others similarly situated,<br><br>                                                          Plaintiff,<br><br>                        -against-<br><br>NOVARTIS PHARMACEUTICALS CORPORATION and PAR PHARMACEUTICAL, INC.,<br><br>                                                          Defendants. | Case No. 1:18-cv-05536 |

**CORPORATE DISCLOSURE STATEMENT OF**
**<u>NOVARTIS PHARMACEUTICALS CORPORATION</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the attorneys of record for Defendant Novartis Pharmaceuticals Corporation ("NPC") state that NPC is an indirect, wholly owned subsidiary of Novartis AG ("Novartis"). Novartis ordinary shares trade on the SIX Swiss Exchange under the symbol NOVN and its American Depository Shares trade on the New York Stock Exchange under the ticker symbol NVS.

Dated: July 3, 2018

                CRAVATH, SWAINE & MOORE LLP,

  by

                      */s/ Julie A. North*
                      Evan R. Chesler
                      Julie A. North

  Worldwide Plaza
    825 Eighth Avenue
      New York, NY 10019
        (212) 474-1000
          echesler@cravath.com
          jnorth@cravath.com

*Attorneys for Novartis Pharmaceuticals Corporation*