UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
      :
UFCW LOCAL 1500 WELFARE FUND, et al.,   :
      :  **ORDER REGULATING**
      Plaintiffs,   :  **PROCEEDINGS**
      :
-against-   :  18 Civ. 5536 (AKH)
      :
NOVARTIS PHARMACEUTICALS   :
CORPORATION, et al.,   :
      :
      Defendants.   :
      :
--------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

      Two motions in the above-captioned case are marked as open. *See* ECF Nos. 90, 101. However, these motions were resolved, respectively, by my orders ECF No. 275 and ECF No. 309 in *In re Novartis and Par Antitrust Litigation*, Case No. 18 Civ. 4361.

      Accordingly, the Clerk shall terminate ECF Nos. 90 and 101 in the above-captioned case.

      SO ORDERED.

Dated:    February 24, 2022          /s/
           New York, New York      ALVIN K. HELLERSTEIN
                                   United States District Judge